UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-130 |
| VERSUS | SECTION "R" |
| RONNELL JACKSON | Supervised Release Violation |

## NOTICE OF SHOW CAUSE HEARING ON REVOCATION

Take Notice that this criminal case has been set for a RULE TO SHOW CAUSE ON A RULE TO REVOKE SUPERVISED RELEASE as to DEFENDANT RONNELL JACKSON on MARCH 18, 2020 at 9:30 a.m. before DISTRICT JUDGE SARAH S. VANCE, Federal Courthouse Building, 500 Poydras Street, Courtroom C279, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 31, 2020 | CAROL L. MICHEL<br>Clerk of Court |
| TO:<br>RONNELL JACKSON<br>c/o U.S. Marshal's Office<br>New Orleans, LA 70130 | United State District Court<br>Eastern District of Louisiana<br><br>by:   Jay Susslin<br>         Case Manager |
| **COUNSEL FOR [DEFENDANT]:**<br>CLAUDE KELLY, FD<br>Email: claude_kelly@fd.org | AUSA DAVID HALLER<br>New Orleans, LA 70130<br>Email: david.haller@usdoj.gov<br><br>U.S. Probation Officer<br>Tiresha Fairley<br><br>**JUDGE VANCE**<br><br>**MAGISTRATE**<br><br>FOREIGN LANGUAGE<br>INTERPRETER: None |